# STEWART LEE KARLIN LAW GROUP, P.C.
## Attorneys at Law
## 111 John Street, 22nd Floor
## New York, New York 10038
## (212) 792-9670/Office
## (844) 636-1021/Fax
## slk@stewartkarlin.com

July 17, 2024

**VIA ECF**
Honorable Orelia E. Merchant
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   Apple v. New York City Department of Education
         24-cv-04380-OEM-RML

Dear Judge Merchant:

Plaintiff is writing this letter to allow Plaintiff to amend the complaint in lieu of responding to Defendant's Pre-Motion letter for a conference in anticipation of making a Motion to Dismiss. Pursuant to Local Rule Civil Rule 26.4 and FRCP 37(a)(1), the undersigned contacted Jordon Doll, ACC and was advised she was on vacation.  Plaintiff is respectfully requesting that the Court allow the complaint to be amended within 14 days of the date of the order and that Defendant have 20 days to respond to Plaintiff's Amended Complaint.

Federal Rule 15a provides that Plaintiff has right to amend the complaint prior to a responsive pleading being served.   Since no responsive pleading has been served, it is respectfully submitted that Plaintiff should be allowed to amend as of right.

Rule 15a also provide that courts, 'should freely give leave [to amend] when justice so requires.'" *Kroshnvi v. U.S. Pack Courier Servs. Inc.*, 771 F.3d 93, 109 (2d Cir. 2014)(quoting Fed. R. Civ. P. 15(a)(2)).   Justice so requires absent factors, "such as undue delay, bad faith or dilatory motive on the part of the movant…undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of the amendment, etc.," which are wholly absent here.   *Forman v. Davis*, 371 U.S. 178, 182 (1962).

   In sum, Plaintiff is respectfully requesting that the Court allow Plaintiff to amend her complaint within fourteen days of the date of the date of the order and that the Defendant shall respond to the Amended Complaint within 20 days of filing the amended complaint.

Thank you for your consideration in this matter.

Very truly yours,

STEWART LEE KARLIN
SLK/cb
cc: Jordon Doll, ACC via ECF