UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GARY APPLE,

                  Plaintiff,                      JUDGMENT

    v.                                    24-CV-4380 (OEM) (RML)

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

                  Defendant.
----------------------------------------------------------------X
       An Order of the Honorable Orelia E. Merchant, United States District Court, having been

filed on June 12, 2025, granting Defendant's motion to dismiss and dismissing Plaintiff's

complaint for lack of subject matter jurisdiction; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted, and

Plaintiff's complaint is dismissed for lack of subject matter jurisdiction.

Dated: Brooklyn, New York                          Brenna B. Mahoney
       June 17, 2025                             Clerk of Court

                                   By:    */s/Jalitza Poveda*
                                             Deputy Clerk